UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JENNIFER WERT,       )
    Plaintiff,      )
-vs-                 )  **Case No. 1:02-CV-1553 LJM**
PATRICK SPELLMAN,    )
    Defendant.      )

PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES

Plaintiff Jennifer Wert, by counsel, pursuant to Fed.R.Civ.Pro. 54(d)(2), L.R. 54.1, and 42 U.S.C. § 1988, moves the Court to assess attorneys' fees against Defendant Patrick Spellman and, in support thereof, states:

1. On April 12, 2005, she prevailed on her 42 U.S.C. § 1983 claim of unreasonable seizure against Defendant by jury verdict and Court entry of judgment thereon.

2. On April 20, 2005, the Court enlarged the time for submitting the Bill of Costs and this Motion to May 13, 2005.

3. As reflected in the Affidavit of Lawrence M. Reuben and Affidavit of Christopher K. Starkey, attached hereto reflecting legal services provided through May 12, 2005, Plaintiff's compensable fees and expenses total Forty-Six Thousand Seven Dollars and Fifty-One Cents ($46,007.51).[1]

4. As a prevailing party and for reasons set forth in the memorandum and supporting documents submitted herewith, Plaintiff is entitled to the requested award

---

[1] Plaintiff is seeking no compensation for the time of attorney Robyn Willson Hattaway.

of attorneys' fees and expenses on the Defendant.

5. Plaintiff's fees and expenses are as follows:

I. Attorneys' Fees
   Lawrence M. Reuben
   Hours expended            47.8
   Hourly Rate:         x $250.00
   Total Fee:           $11,950.00

   Christopher K. Starkey
   Hours expended           172.8
   Hourly Rate:         x $195.00
   Total Fee:           $33,696.00

   Total Attorneys' Fees:                    $45,646.00

II. Expenses
   Filing Fee           $150.00
   Postage              $ 31.28
   Copy/Fax 251 x $0.25 $ 62.75
   Westlaw              $ 24.60
   Trial transcript     $ 88.00
   Miscellaneous        $  4.88

   Expense Total:                               $361.51

III. Total Attorneys' Fees & Expenses:        $46,007.51

Wherefore, Plaintiff Jennifer Wert prays that this Court will:

1. ENTER an Order granting this Motion;

2. AWARD to Plaintiff in that Order her attorneys' fees and costs in the total amount of Forty-Six Thousand Seven Dollars and Fifty-One Cents ($46,007.51); and

3. GRANT such further relief as might be proper.

                                        /s/ Christopher K. Starkey
                                        Christopher K. Starkey
                                        Attorney for Plaintiff

CERTIFICATE OF SERVICE

    I hereby certify that on May 13, 2005 I served a true and correct copy of the foregoing on Chad Buell and Shannon Bogard, counsel for Defendant Patrick Spellman, by the Court's ECF system.

                                              **/s/Christopher K. Starkey**
                                              Christopher K. Starkey

Lawrence M. Reuben, Atty No. 6032-49
Christopher K. Starkey, Atty No. 11757-49
Law Offices of Lawrence M. Reuben
One Virginia Avenue
Suite 600
Indianapolis, Indiana  46204-3616
Phone (317) 634-2200
Fax (317) 634-2776