IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER WERT, | ) |
| Plaintiff, | ) CAUSE NO. 1:02 CV 1553-LJM/VSS |
| v. | ) |
| PATRICK SPELLMAN, | ) |
| Defendant. | ) |

### NOTICE OF SATISFACTION OF JUDGMENT

The Plaintiff, Jennifer Wert, in person and by counsel, hereby states that the judgment for compensatory and punitive damages previously entered by the Court on April 12, 2005, in her favor against the Defendant, Patrick Spellman, including attorneys' fees and expenses, is hereby satisfied.

_____  7-25-05
Jennifer Wert                    (Date)
Plaintiff

_____  8/2/05
Lawrence Reuben              (Date)
Attorney for Plaintiff

_____  8-2-05
Christopher Starkey           (Date)
Attorney for Plaintiff